UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

Chev. Rev. Edward Thomas Kennedy,
    Plaintiff.

v.

Case No: 17-CV-4845

Brian A Nesler,
Lehigh Valley Health Network aka LVHN,
Board of Trustees Lehigh Valley Health Network,
Steven T Carpinito,
Calvin D. Stoudt,
Francis Mattei,
KPMG LLP.
    Defendants.

FILED
NOV -6 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Notice

1. Plaintiff requests this case to stop immediately, and apologizes to all.

2. Plaintiff filed this prior to agreements made on October 18th 2017 and hereby withdraws the

Complaint against all defendants, or simply requests this become a nonsuit.

*[signature]*

Chev. Rev. Edward Thomas Kennedy, Plaintiff
kennedy2018@alumni.nd.edu.
address: 401 Tillage Road, Breinigsville, PA 18031
Phone: 4152751244.